**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **WELLS FARGO & COMPANY,** | ) | **Civil Action No. 01-CV 338 JRT/FLN** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |
| | ) | |
| **WELLS FARGO LANES, INC.** | ) | |
| **AND DAN KEEFE,** | ) | |
| **Defendants.** | ) | |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the deadline for defendants Wells Fargo Lanes, Inc. and Dan Keefe, to answer, move or otherwise respond to plaintiffs' Complaint will be extended to April 16, 2001.

Felicia J. Boyd (#186168)
Eunice P. deCarvalho (#257473)

FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
(612) 336-3000

**ATTORNEYS FOR PLAINTIFF**
**WELLS FARGO & COMPANY**

Dated: March 13, 2001

FILED MAR 16 2001
... CLERK
DEPUTY CLERK

2057939v1

Nicole A. Engisch (#215284)
Amy R. Brosnahan (#293283)

LEONARD, STREET AND DEINARD
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
(612) 335-1500

**ATTORNEYS FOR DEFENDANTS WELLS FARGO LANES AND DAN KEEFE**

Dated: March 13th, 2001

**IT IS SO ORDERED.**

BY THE COURT:

Dated: ____________, 2001.

Franklin L. Noel
Chief United States Magistrate Judge